UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RODOLFO MELCHOR MENDOZA,

Plaintiff,

v.

KRISTI NOEM, et al.,

Defendants.

Case No.  25-cv-08248-SK

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

Regarding Docket No. 14

On April 23, 2026, Plaintiff filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Dkt. No. 14.)  Defendants have not served an answer or motion for summary judgment.  (*Id.* at p. 2.)  Accordingly, the Court HEREBY DISMISSES this case WITHOUT PREJUDICE.  Each party shall bear its own fees and costs.  The Clerk is instructed to close this file.

**IT IS SO ORDERED**.

Dated: April 24, 2026

_____

SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California